UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISY PALENCIA,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　Defendant(s). | CASE NO. C24-1751-KKE<br><br>ORDER |

The parties have notified the Court that they have stipulated to dismissal of all claims in this action. Dkt. No. 14. Pursuant to the parties' agreement, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

The trial date and pretrial dates previously set (Dkt. No. 10) are hereby VACATED, and the Court directs the clerk to administratively close this case.

Dated this 8th day of May, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER - 1